TOANO REALTY CORPORATION, Respondent, *v.* LLOYDS OF WHITE PLAINS, INC., Appellant, et al., Defendants.

Submitted April 12, 1948; decided April 23, 1948.

*Emanuel Schwartz* for motion.
*Arthur D. Brennan* opposed.

Motion denied, with $10 costs and necessary printing disbursements. The second sentence of section 1442 of the Civil Practice Act cannot be applied to a case like the present consistently with subdivisions 5 of section 7 of article VI of the State Constitution which became effective January 1, 1944.